Filed 10/26/2015 4:32:00 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV3603

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (FOR CLERK USE ONLY): _____  COURT (FOR CLERK USE ONLY): _____

STYLED Francisco Esquivel v. John Engelmeyer and Goose River Transport, LLC
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: Eduardo Miranda | Email: emiranda54@att.net | Plaintiff(s)/Petitioner(s): Francisco Esquivel | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address: 2330 Montana Ave. | Telephone: 915-351-7693 | | Additional Parties in Child Support Case: |
| City/State/Zip: El Paso, TX 79903 | Fax: 915-351-7696 | Defendant(s)/Respondent(s): John Engelmeyer<br>Goose River Transport, LLC | Custodial Parent: _____<br>Non-Custodial Parent: _____ |
| Signature: /s/ | State Bar No: 14199590 | | Presumed Father: _____ |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>  Liability:<br>_____<br>☒ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>  List Product:<br>_____<br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>_____<br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |
| **Tax** | *Probate/Wills/Intestate Administration* | *Probate & Mental Health* | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | ☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

**EXHIBIT A**

Case 3:16-cv-00004-DCG Document 1-1 Filed 01/06/16 Page 2 of 19

El Paso County - 346th District Court

Filed 10/26/2015 4:32:00 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV3603

| | |
|---|---|
| FRANCISCO ESQUIVEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO. 2015-_____. |
| § | |
| JOHN ENGELMEYER and § | |
| GOOSE RIVER TRANSPORT, LLC § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW, FRANCISCO ESQUIVEL,** Plaintiff herein, by and through his attorney of record, **EDUARDO MIRANDA**, complaining of **JOHN ENGELMEYER** and **GOOSE RIVER TRANSPORT, LLC**, Defendants, and for cause of action would respectfully show unto the Court as follows:

### RULE 47 STATEMENT

1. Plaintiff brings this cause of action in tort against Defendants based on negligence. The damages sought by Plaintiff are within the jurisdictional limits of the court. Plaintiff seeks the recovery of monetary relief over $200,000.00, but not more than $1,000,000. Plaintiff demands judgment for all other relief to which she may deem herself entitled.

### DISCOVERY CONTROL PLAN LEVEL

2. Plaintiff intends to conduct discovery pursuant to Level 2.

### PARTIES AND SERVICE

3. Plaintiff is a natural person who resides in El Paso, El Paso County, Texas. Defendant **JOHN ENGELMEYER ("Engelmeyer")** is a natural person non-resident of the State of Texas.

This action arises out of a collision or accident involving Defendant Englemeyer while operating a motor vehicle on Trans Mountain Rd., in El Paso, El Paso County, Texas. Process on Defendant Englemeyer should be served on the Chair of the Texas Transportation Commission, at 125 E. 11th St., Austin, Texas, 78701 who shall mail a certified copy of the process to Defendant Englemeyer, via certified mail, return receipt requested, at 41927 County Rd. 167, Freeport, MN 56331.

Defendant **GOOSE RIVER TRANSPORT, LLC ("Goose River")** is a Minnesota Limited Liability Company and transacts business in the State of Texas. Defendant Goose River may be served by serving its Manager, Kerri L. King, at 6275 Lake Ida Way, NW, Alexandria, MN 56308. Alternatively, the tort committed by Defendants and made the subject of this lawsuit occurred in the State of Texas. Defendant Goose River has not designated or maintained a registered agent for service of process in the State of Texas. Accordingly, Defendant Goose River should be served through the Secretary of State of Texas, as Defendants' agent, by certified mail, return receipt requested. The Secretary of State of Texas shall mail a copy of Plaintiff's Original Petition to Defendant Goose River's headquarters, at 6275 Lake Ida Way NW, Alexandria, MN 56308, by certified mail, return receipt requested.

## FACTS

4. Plaintiff would show that on or about February 13, 2014, at approximately 11:00 A.M., Plaintiff was driving his 1981 General Motors Sierra pickup in the 4400 block of E. Trans Mountain and was attempting a right turn from the middle lane of Trans Moutain southbound onto Gateway South, when Plaintiff's truck was suddenly, and without any advance warning whatsoever, struck by a tractor-trailer, owned by Defendant Goose River, and being operated by Defendant Engelmeyer, as Defendant Englemeyer was attempting to make a wide right turn from the far left lane on Trans Mountain. Defendant Englemeyer was at all relevant times the employee, servant, and agent of

7. Each of the foregoing acts of negligence was a proximate cause of Plaintiff's injuries and damages.

8. At the time of the occurrence in question, Defendant Goose River was the owner of the tractor-trailer being driven by Defendant Englemeyer. On the occasion in question, Defendant Englemeyer was an incompetent truck driver. Defendant Goose River knew, or in the exercise of ordinary care, should have known, that Defendant Englemeyer was an incompetent driver. On the occasion in question, Defendant Goose River negligently entrusted its tractor-trailer to Defendant Englemeyer. Plaintiff further alleges that such negligent entrustment was a proximate cause of Plaintiff's injuries and damages.

9. Prior to the accident in question, Plaintiff was a happy, able-bodied person enjoying a life expectancy as reflected in the standard mortality tables for a person of his age. As a proximate cause and result of Defendants' negligence, Plaintiff suffered injuries to his neck, back, hip, and other parts of his body. He has incurred medical expenses in the past for the treatment of his injuries; will in all reasonable medical probability incur medical expenses in the future; suffered past physical pain, and will in all reasonable medical probability suffer physical pain in the future; all to Plaintiff's damages in an amount in excess of the minimum jurisdictional limits of the Court.

10. Plaintiff would show that six (6) months have passed since the date of the accident in question and that he is entitled to the recovery of pre-judgement interest.

11. Plaintiff requests trial by jury.

**PRAYER**

**WHEREFORE**, Plaintiff prays that Defendants be served and required to answer herein, and

that upon final hearing hereof, Plaintiff recover his damages, plus pre- and post-judgment interest, and further prays for such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

Dated: October 26, 2015

/s/ Eduardo Miranda
**EDUARDO MIRANDA**
State Bar No.: 14199590
2330 Montana Ave.
El Paso, Texas 79903
(915) 351-7693
(915) 351-7696 fax

Attorney for Plaintiff
**FRANCISCO ESQUIVEL**

863-CITATION-NON-RESIDENT NOTICE—Either Court—Class 3 (Rev. 1-88)

# THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   JOHN ENGELMEYER, who may be served with process at 125 E. 11th Street, Austin, Texas 78701

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 346th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 26th day of October, 2015, by Attorney at Law EDUARDO MIRANDA, 2330 MONTANA AVE., EL PASO, TX 79903, in this case numbered 2015DCV3603 on the docket of said court, and styled:

Francisco Esquivel
VS
John Engelmeyer and Goose River Transport, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of November, 2015.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
COUNTY COURTHOUSE, ROOM 103
500 E. SAN ANTONIO
EL PASO, TEXAS  79901

(SEAL)

Attest:  NORMA L. FAVELA          District Clerk
         El Paso County, Texas
By _____, Deputy
         Josh Duran

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

# RETURN

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____
(Name of person who makes the service)
a person competent to make oath, who, being by me duly sworn, deposes and says that this notice came to hand on _____ day of _____, A.D., 20____, at _____ o'clock, ___M., and was executed by delivering each of the hereinafter named Defendants in person a true copy of this notice, together with accompanying copy of Plaintiff's Original Petition attached thereto, at the following times and places, to wit:

| NAME | DATE | TIME | Place, and Course and Distance | Mileage |
|------|------|------|-------------------------------|---------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

And not executed as to the following Defendant, _____

and affiant further says that he is in no manner interested in this suit, and that on each of the notices served upon each of the Defendants served, he endorsed the day and hour when service was made.

_____
(Affiant Sign Here)

SUBSCRIBED and SWORN TO before me this _____ day of _____ A.D., 20_____

FEES—SERVING _____ cop _____ $ _____

File No. _____

Mileage, _____ miles, _____

Total ..............................$ _____

Notary Public_____ County,

in the County Court No. _____

State of _____

_____ District Court

of El Paso County, Texas

_____

_____

VS.

_____

_____

863-CITATION-NON-RESIDENT NOTICE—Either Court—Class 3 (Rev. 1-88)

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: GOOSE RIVER TRANSPORT, LLC, who may be served with process by serving its Manager, Kerri L. King, at 6275 Lake Ida Way, NW, Alexandria, MN 56308

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 346th Judicial District Court, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 26th day of October, 2015, by Attorney at Law EDUARDO MIRANDA, 2330 MONTANA AVE., EL PASO, TX 79903, in this case numbered 2015DCV3603 on the docket of said court, and styled:

Francisco Esquivel
VS
John Engelmeyer and Goose River Transport, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of November, 2015.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
COUNTY COURTHOUSE, ROOM 103
500 E. SAN ANTONIO
EL PASO, TEXAS 79901

(SEAL)

Attest: NORMA L. FAVELA, District Clerk
El Paso County, Texas
By _____, Deputy
Josh Duran

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

# RETURN

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____
(Name of person who makes the service)
a person competent to make oath, who, being by me duly sworn, deposes and says that this notice came to hand on _____ day of _____, A.D., 20\_\_\_\_, at _____o'clock, \_\_\_M., and was executed by delivering each of the hereinafter named Defendants in person a true copy of this notice, together with accompanying copy of Plaintiff's Original Petition attached thereto, at the following times and places, to wit:

| NAME | DATE | TIME | Place, and Course and Distance | Mileage |
|------|------|------|-------------------------------|---------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

And not executed as to the following Defendant, _____
and affiant further says that he is in no manner interested in this suit, and that on each of the notices served upon each of the Defendants served, he endorsed the day and hour when service was made.

_____
(Affiant Sign Here)
SUBSCRIBED and SWORN TO before me this _____
day of _____A.D., 20_____
FEES—SERVING \_\_\_\_\_ cop _____ $ _____

File No. _____

Mileage, _____ miles, _____
Total ............................. $ _____
Notary Public_____ County,
State of _____

in the County Court No. _____

_____ District Court

of El Paso County, Texas

_____

_____

vs.

_____

_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **John Engelmeyer**, who may be served with process by serving the Chair of the Texas Transportation Commission, at 125 E. 11th St., Austin, TX 78701 who shall mail certified copy of the process to Defendant Englemeyer, via certified mail, return receipt requested, at 41927 County Rd. 167, Freeport, MN 56331

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **346th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on 10th day of October, 2015 by Attorney at Law EDUARDO MIRANDA, 2330 MONTANA AVE. EL PASO, TX 79903 in this case numbered **2015DCV3603** on the docket of said court, and styled:

**Francisco Esquivel
VS
John Engelmeyer and Goose River Transport, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of November, 2015.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

*NAME OF PREPARER / TITLE
ADDRESS
CITY / STATE / ZIP

Josh Duran, Deputy

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the ___ day of _____, 2015, at ___ I mailed to _____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

_____
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____
_____ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

    This forwarding address was provided:_____

El Paso County, Texas

By:_____
       Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day of _____, _____.

_____
Notary Public, State of _____
My commission expires:_____

El Paso County - 346th District Court

Filed 12/17/2015 5:02:57 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV3603



## The State of Texas
### Secretary of State

2016-260250-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

Francisco Esquivel VS John Engelmeyer, et al
346th Judicial District Court Of El Paso County, Texas
Cause No: 2015DCV3603

was received by this office on November 24, 2015, and that a copy was forwarded on December 2, 2015, by CERTIFIED MAIL, return receipt requested to:

Goose River Transport LLC
Manager, Kerri L King
6275 Lake Ida Way NW
Alexandria, MN 56308

The RETURN RECEIPT was received in this office dated December 10, 2015, bearing signature.



Date issued: December 11, 2015

*Carlos H. Cascos* (signature)

Carlos H. Cascos
Secretary of State

GF/vo

El Paso County - 346th District Court

Filed 12/17/2015 5:02:57 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV3603

# TEXAS TRANSPORTATION COMMISSION CHAIRMAN'S CERTIFICATE

NO. 2015DCV3603

| | | |
|---|---|---|
| FRANCISCO ESQUIVEL | § § | IN THE DISTRICT COURT |
| VS. | § § | 346TH JUDICIAL |
| JOHN ENGELMEYER | § | EL PASO COUNTY, TEXAS |

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Tryon D. Lewis, Chairman of the Texas Transportation Commission, and Certifies to the court as follows:

That on December 4, 2015, I was duly served with Citation and copy of Plaintiff's Original Petition in the above styled and numbered cause, which I immediately caused to be forwarded by U.S. Certified Mail, certified number 7015 0640 0004 4922 0482 addressed to John Engelmeyer, 41927 County Road 167, Freeport, MN 56331 with postage prepaid, return receipt requested;

In witness whereof, this certificate is issued in Austin, Texas, this 11th day of December, 2015.

_[signature: Tryon D. Lewis]_
Chairman, Texas Transportation Commission

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **John Engelmeyer**, who may be served with process by serving the Chair of the Texas Transportation Commission, at 125 E. 11th St., Austin, TX 78701 who shall mail certified copy of the process to Defendant Englemeyer, via certified mail, return receipt requested, at 41927 County Rd. 167, Freeport, MN 56331

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **346th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on 10th day of October, 2015 by Attorney at Law EDUARDO MIRANDA, 2330 MONTANA AVE. EL PASO, TX 79903 in this case numbered **2015DCV3603** on the docket of said court, and styled:

**Francisco Esquivel**
**VS**
**John Engelmeyer and Goose River Transport, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of November, 2015.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

_____ Deputy
Josh Duran

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the __30__ day of __Nov__, 2015, at _____ I mailed to _Chair of The Texas Transportation Commission_

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

_____
Carolina Meza
Private Process Server
TX LIC#: PSCH-4085

*NAME OF PREPARER          TITLE
COMPLETE CIVIL PROCESS
12380 Edgemere Suite 101
El Paso Texas 79938-2626
ADDRESS
CITY           STATE           ZIP





Case 3:16-cv-00004-DCG Document 1-1 Filed 01/06/16 Page 16 of 19

El Paso County - 346th District Court

Filed 12/18/2015 4:31:32 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV3603

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

346th JUDICIAL DISTRICT

| | | |
|---|---|---|
| FRANCISCO ESQUIVEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2015-DCV3603 |
| | ) | |
| JOHN ENGELMEYER and | ) | |
| GOOSE RIVER TRANSPORT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant Goose River Transport, LLC and files this Original Answer and says:

I.

Pursuant to Texas Rule of Civil Procedure 92, this Defendant would enter a general denial as to Plaintiff's pleadings.

WHEREFORE, PREMISES CONSIDERED, Defendant Goose River Transport, LLC prays that it be allowed to go hence without day and with its costs.

1233198

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1597 (fax)

By: _____
Kurt G. Paxson
paxson@mgmsg.com
State Bar No. 15648300

Attorneys for Defendant Goose River
Transport, LLC

## CERTIFICATE OF SERVICE

I certify on this the ___17___ day of December, 2015, the foregoing pleading was electronically filed with the Clerk of the Court using the Texas Electronic Filing Rules, which will send notification of such filing to the following:

Eduardo Miranda
Attorney at Law
2330 Montana Avenue
El Paso, Texas 79903
(915) 351-7696 (fax)

_____
Kurt G. Paxson

1233198

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

346th JUDICIAL DISTRICT

| | |
|---|---|
| FRANCISCO ESQUIVEL, | ) |
|     Plaintiff, | ) |
| v. | ) Cause No. 2015-DCV3603 |
| JOHN ENGELMEYER and<br>GOOSE RIVER TRANSPORT, LLC, | ) |
|     Defendants. | ) |

### DEFENDANT GOOSE RIVER TRANSPORT, LLC'S NOTICE OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DEFENDANT GOOSE RIVER TRANSPORT, LLC (hereinafter "Goose River Transport"), a Defendant herein, and submits notice of Removal to Federal Court and shows:

I.

Defendant has removed the above-entitled and captioned clause to the United States District Court, Western District of Texas, El Paso Division.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that the Court, and all parties and all attorneys take notice of the above and foregoing removal, and that no further action be taken in this matter, absent remand.

1233313

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1597 (fax)

By: _____
Kurt G. Paxson
paxson@mgmsg.com
State Bar No. 15648300

Attorneys for Defendant Goose River
Transport, LLC

## CERTIFICATE OF SERVICE

I certify on this the ___6___ day of January, 2016, the foregoing pleading was electronically filed with the Clerk of the Court using the Texas Electronic Filing Rules, which will send notification of such filing to the following:

Eduardo Miranda
Emiranda54@att.net
Attorney at Law
2330 Montana Avenue
El Paso, Texas 79903
(915) 351-7696 (fax)

_____
Kurt G. Paxson

1233313